Kelly F. Ryan (SBN 195921)
THE RYAN LAW FIRM
A Professional Law Corporation
80 South Lake Avenue, Suite 500
Pasadena, California 91101
Telephone:      (626) 568-8808
Facsimile:      (626) 568-8809
Email: kryan@ryanattorneys.com

Attorneys for Debtor; **BARRIENTOS, Felipe & Maria**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIENTOS, Felipe and Maria; | CASE NO.  06:10-bk-23778-MJ<br>Chapter 13 |
| Debtors, | |
| BARRIENTOS, Felipe and Maria; | **NOTICE OF HEARING AND MOTION FOR ORDER TO AVOID LIEN ON SECOND TRUST DEED HOLDER CTX MORTGAGE COMPANY, LLC** |
| Movant, | |
| vs. | Hearing Date: July 12, 2010:<br>Time: 1:30 PM<br>Courtroom: 301 |
| CTX MORTGAGE COMPANY, LLC | U.S. Bankruptcy Court<br>3420 Twelfth Street |
| Respondent. | Riverside, CA 92501 |

TO THE HONORABLE MEREDITH A. JURY, ROD DANIELSON, CHAPTER 13 TRUSTEE,

CTX MORTGAGE COMPANY, LLC, it's Certified President-Managing Member,  GMAC

MORTGAGE EQUITY LINE, and all other interested parties. YOU ARE HEREBY NOTIFIED

that on July 12, 2010 at 1:30 PM or as soon thereafter as the matter may be heard, in Courtroom

301 of the above-entitled Court, located at 3420 12th street, Riverside, CA 92501, DEBTORS,

Barrientos, will move this court for an order avoiding the lien of second trust deed holder CTX

MORTGAGE COMPANY, LLC from debtors' real property located at 17023 Mariana Street,

Fontana, CA 92336, under 11 U.S.C. section 506(a) on the basis that the said lien is wholly

1 unsecured. PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 (7) ANY OPPOSITION TO

2 THIS MOTION MUST BE FILED AND SERVED ON DEBTORS AND DEBTORS' COUNSEL

3 NO LESS THAN FOURTEEN (14) DAYS PRIOR TO THE ABOVE HEARING DATE.

4 FAILURE TO FILE AND SERVE A TIMELY RESPONSE TO THIS MOTION MAY RESULT

5 IN A WAIVER OF YOUR RIGHT TO OPPOSE THE MOTION AND THE COURT MAY

6 GRANT THE REQUESTED RELIEF WITHOUT FURTHER NOTICE TO YOU.

7 **FACTS**

8 This case was commenced by the filing of a voluntary petition under Chapter 13 of the

9 Bankruptcy Code (11 U.S.C.) on May 6, 2010. At that time, debtors owned and resided in the real

10 property located at 17023 Mariana Street, Fontana, CA 92336 (See Schedule A attached hereto as

11 Exhibit 1 and incorporated herein by reference.) (For the legal description of the real property see

12 Exhibit 2, page 3 attached hereto and incorporated herein by reference.) The fair market value of

13 the property as of the time the petition was filed was $199,600.00 (See San Bernardino Assessors

14 Notice dated May 19, 2010, attached hereto as Exhibit 3 and incorporated herein by reference.)

15 The property secures two loans. The first loan is secured by a trust deed held by Aurora Home

16 Loan Services in the amount of $283,855.00 (See Monthly Mortgage Statement of Aurora Home

17 Loan Services, attached hereto as Exhibit 4 and incorporated herein by reference.) The second

18 loan is secured by a trust deed held by CTX MORTGAGE COMPANY, LLC in the approximate

19 amount of $72,620.00 (See page 1 of Schedule D, CTX MORTGAGE COMPANY, LLC. GMAC

20 Account Statement and Deed of Trust attached hereto as Exhibit 5, 6 and 7, respectively and

21 incorporated herein by reference.)

22 **ARGUMENT**

23 Section 506(a) of the US Bankruptcy Code provides that a secured claim is secured only to the

24 extent of the value of the collateral, and disallowed secured claims are void. This section has

25 generated much controversy in chapter 13 cases because of 11 U.S.C. section 1322 (b) (2), which

26 prohibits the modification of the rights of holders of claims secured only by the debtors' principal

27 residence. However, the Ninth Circuit Bankruptcy Appellate Panel held in Lam v. Investors Thrift

28 (In re Lam), 211 B.R. 36 (9th Cir. B.A.P. 1997), that the protection of section 1322 (b) (2) does

2
NOTICE OF HEARING AND MOTION FOR ORDER TO AVOID LIEN ON SECOND TRUST DEED

1  not apply to holders of totally unsecured claims. This was upheld in <u>Zimmer v. PSB Lending Corp</u>

2  <u>(In re Zimmer)</u>, 313 F. 3rd 1220 (9th Cir. 2002). Thus, if a debtor can demonstrate that the value

3  of his principal residence is less than senior liens, a junior lien will be determined to be wholly

4  unsecured and thus subject to being avoided. In this case, the value of debtors' residence is

5  $199,600.00 (Exhibit 3.) The first lien against the property is $283,855.00, an amount that is more

6  than the value of the property. The second lien of CTX MORTGAGE COMPANY, LLC is thus

7  wholly unsecured and can be avoided or "Stripped". Based on the foregoing, debtors Barrientos

8  request an order of this Court as follows:

9        1. That the lien of Respondent CTX MORTGAGE COMPANY, LLC secured by debtors'

10  real property located at 17023 Mariana Street, Fontana, CA 92336-1525 be determined to be

11  completely unsecured and void;

12        2. That any corresponding proof of claim filed by CTX MORTGAGE COMPANY, LLC

13  be deemed a general unsecured claim within debtors' chapter 13 plan; and

14        3. For other relief as the Court deems proper.

15

16

17  DATED:  June 15, 2010            THE RYAN LAW FIRM
                                        A Professional Law Corporation

18

19

20                      By: _____

21                          KELLY F. RYAN
                        Attorney for Debtors BARRIENTOS

22

23

24

25

26

27

28

NOTICE OF HEARING AND MOTION FOR ORDER TO AVOID LIEN ON SECOND TRUST DEED

1  DECLARATION OF KELLY F. RYAN

2  I, KELLY F. RYAN, hereby declare as follows:

3  1.    I am an attorney at law, duly licensed to practice law in all courts in the State of California. I

4        am the attorney for the debtor in the above-captioned chapter 13 bankruptcy case. I have

5        personal knowledge of the following facts, and if called upon to testify in this action, I could

6        and would testify competently thereto.

7  2.    Attached hereto as Exhibit 1 is a true and correct copy of the Schedule A filed by our office in

8        this case.

9  3.    Attached hereto as Exhibit 2 is a true and correct copy of the legal description of the real

10       property.

11 4.    Attached hereto as Exhibit 3 is a true and correct copy of an Assessors Notice stating the

12       value of the property to be at $199,600.00.

13 5.    Attached hereto as Exhibit 4 is a true and correct copy of a Monthly Statement of Aurora

14       Home Loan Services.

15 6.    Attached hereto as Exhibit 5 is a true and correct copy of page 1 of Schedule D filed by our

16       office in this case.

17 7.    Attached hereto as Exhibit 6 is a true and correct copy of the Monthly Statement of GMAC

18       Mortgage.

19 8.    Attached hereto as Exhibit 7 is a true and correct copy of the Deed of Trust for the second

20       loan.

21 I declare under penalty of perjury under the laws of the State of California that the

22 foregoing is true and correct. Executed this fifteenth day of June 2010 at Pasadena, California.

23

24

25       By: _____
         KELLY F. RYAN

26

27

28

1
DECLARATION OF ATTORNEY FOR DEBTORS

Case Number:06:10-bk-23788-MJ
DEBTOR: BARRIENTOS, Felipe/Maria

MOTION TO AVOID
SECOND TRUST DEED
HOLDER

# EXHIBIT 1

IN RE Barrientos, Felipe & Barrientos, Maria G.    Case No. 6:10-bk-23788-MJ
_____
Debtor(s)                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence**<br>**Location: 17023 Mariana Street, Fontana, CA 92336**<br>**APN:0240-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**<br>**TRACT 12361 LOT 3** | **Fee Simple** | **C** | **200,000.00** | **356,455.86** |
| | | **TOTAL** | **200,000.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Case Number:06:10-bk-23788-MJ**
**DEBTOR: BARRIENTOS, Felipe/Maria**

MOTION TO AVOID
SECOND TRUST DEED
HOLDER

# EXHIBIT 2

RECORDING REQUESTED BY
LAWYERS TITLE

Recording Requested By:
LAWYERS TITLE ESCROW
2090 N TUSTIN AVE SUITE 200
SANTA ANA, CALIFORNIA 93705
Return To:
CTX MORTGAGE COMPANY, LLC
P.O. Box 199113, FINAL DOCS
Dallas, TX 75219

Recorded in Official Records, County of San Bernardino          5/31/2005
                                                                 8:00 AM
**LARRY WALKER**                                                 VT
Auditor/Controller – Recorder

605 Lawyers Title Company

Doc#: **2005 - 0382855**   Titles: 1   Pages: 23

| Fees  | 143.00    |
|-------|-----------|
| Taxes | 0.00      |
| Other | 0.00      |
| PAID  | $143.00   |

Prepared By:
DANITA FORD
3100 MCKINNON, CORP. CLOSING 2nd Floor
DALLAS, TX 75201

217360006

------------------ [Space Above This Line For Recording Data] ------------------

# DEED OF TRUST

MIN 100015902173600063

DEFINITIONS
Words used in multiple sections of this document are defined below and other words are defined in
Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are
also provided in Section 16.

(A) "Security Instrument" means this document, which is dated       5/20/2005               ,
together with all Riders to this document.
(B) "Borrower" is

FELIPE BARRIENTOS AND
MARIA G. BARRIENTOS HUSBAND AND WIFE
AS JOINT TENANTS

Borrower's address is  5068 ARGUS DRIVE APT 4, LOS ANGELES, CALIFORNIA 90041
                       . Borrower is the trustor under this Security Instrument.

(C) "Lender" is
        CTX MORTGAGE COMPANY, LLC
Lender is a   A LIMITED LIABILITY COMPANY
organized and existing under the laws of   THE STATE OF DELAWARE

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS        Form 3005  1/01
CTX06A(CA) (0207)
Page 1 of 15
VMP Mortgage Solutions (800)521-7291



P + 2 1 7 3 6 0 0 0 6 + C F 0 0 1 + 0 1 + 1 5 + 0 5 2 0 0 5 1 8 5 7

217360006

Lender's address is    2828 NORTH HARWOOD
              DALLAS, TX  75201-1516
(D) "Trustee"is    CTX MORTGAGE COMPANY, LLC

(E) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the beneficiary under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(F) "Note" means the promissory note signed by Borrower and dated    5/20/2005
The Note states that Borrower owes Lender
      TWO HUNDRED EIGHTY FOUR THOUSAND & 00/100                   Dollars
(U.S. $    284,000.00    ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than    6/01/2035
(G) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."
(H) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.
(I) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

[X] Adjustable Rate Rider    [ ] Condominium Rider      [ ] Second Home Rider
[ ] Balloon Rider            [ ] Planned Unit Development Rider [ ] 1-4 Family Rider
[ ] VA Rider               [ ] Biweekly Payment Rider    [X] Other(s) [specify]
                               INT-ONLY ADDM TO ADJ RATE RIDER
                              ADDENDUM TO THE ADJ.RATE RIDER

(J) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.
(K) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.
(L) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.
(M) "Escrow Items" means those items that are described in Section 3.
(N) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.
(O) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the Loan.

CTX06A(CA) (0207)               Page 2 of 15                  Form 3005  1/01

P + 2 1 7 3 6 0 0 0 6 + C F 0 0 1 + 0 2 + 1 5 + 0 5 2 0 0 5 1 8 5 7

217360006

(P) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

(Q) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(R) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the

| COUNTY | of | SAN BERNARDINO | : |

[Type of Recording Jurisdiction]          [Name of Recording Jurisdiction]

Lot 3 of Tract No. 12361, in the City of Fontana, County of San Bernardino, State of California, as per map recorded in Book 170 of Maps, page(s) 82 and 83 in the Office of the County Recorder of said County and amended by Certificate of Correction recorded May 4, 1984, as Instrument No. 84-105469, of Official Records.

Parcel ID Number:   0240-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          which currently has the address of

17023 MARIANA STREET                                              [Street]

FONTANA                    [City], California   92336   [Zip Code]

("Property Address"):

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or

CTX06A(CA) (0207)                Page 3 of 15                    Form 3005   1/01


P+217360006+CF001+03+15+0520051857

**Case Number:06:10-bk-23788-MJ**
**DEBTOR: BARRIENTOS, Felipe/Maria**

MOTION TO AVOID
SECOND TRUST DEED
HOLDER

# EXHIBIT 3

SAN BERNARDINO COUNTY
PROPERTY INFORMATION
172 West Third Street
San Bernardino, CA 92415-0310

ASSESSOR
DENNIS DRAEGER

For Questions Contact

RETURN SVC REQUESTED

FONTANA District at:
8575 HAVEN AVE, 2ND FLR
RANCHO CUCAMONGA, CA 91730
PHONE NO: (909)948-6488

Date Mailed: 05/19/2010
Event Date : 12/31/2009
Parcel #: 0240-273-03-0-000
Property Location:
17023 MARIANA ST
FONTANA, CA  92336

For the upcoming 2010 assessment year, the assessed value on this
property has been changed to:   199,600.
The reason for the change is:
REVIEWED ASSESSMENT, CHANGED TO MARKET VALUE

If the change is the result of a reviewed assessment, the new assessed
value is the lesser of the following values:

Maximum Assessment (Prop 13 Value):          383,354
Fair Market Value as of 01/01/2010 (Prop 8 Value):   199,600
Restricted Use Value:

Values will appear on the 2010 annual tax bill
effective 07/01/2010 -06/30/2011

CNTL - 0018975

PRESORTED
FIRST CLASS

Hasler

016-4265207-46
05/18/2010
$00.382
Mailed From 92415

THIS IS NOT A TAX BILL.
SEE OTHER SIDE.

ASSESSMENT NOTICE IS POSTAGE

BARRIENTOS, FELIPE
BARRIENTOS, MARIA G
17023 MARIANA ST
FONTANA, CA  92336

**Case Number:06:10-bk-23788-MJ**
**DEBTOR: BARRIENTOS, Felipe/Maria**

MOTION TO AVOID
SECOND TRUST DEED
HOLDER

# EXHIBIT 4

Page 1 of 1

# AURORA LOAN SERVICES

10350 Park Meadows Drive
Littleton, CO 80124

www.myAuroraLoan.com

3640030856371534BILO81908
12088-033917-007
FELIPE BARRIENTOS
MARIA G BARRIENTOS
17023 MARIANA ST
FONTANA CA 92336-1525

| ACCOUNT STATEMENT | |
|---|---|
| Statement Date: | 08/19/08 |
| Account Number: | 0030856371 |
| Property Address: | 17023 MARIANA ST FONTANA CA 92336 |

| | |
|---|---|
| Customer Service: | 1-800-550-0508 |
| TDD: | 1-877-266-7210 |
| Loan Counseling: | 1-800-550-0509 |
| TDD: | 1-877-266-7211 |
| Property Tax Dept: | 1-866-923-6059 |
| Insurance Center: | 1-800-732-6578 |

* See reverse side for hours of operation
and other important contact information

## ACCOUNT INFORMATION

Balances as of 08/19/08
| | |
|---|---|
| Principal Balance* | $283,855.86 |
| Escrow Balance | $0.00 |
| Suspense Balance | $0.00 |
| Interest Rate | 6.000% |

Year-to-Date
| | |
|---|---|
| Principal Paid | $73.12 |
| Interest Paid | $9,935.36 |
| Taxes Paid | $0.00 |

*The principal balance is not the total amount required to pay your loan in full.

## PAYMENT SUMMARY

| | |
|---|---|
| Principal and/or Interest | $1,419.28 |
| Escrow | $0.00 |
| Optional Products | $0.00 |
| Misc Fees | $0.00 |
| HUD/Buydown Subsidy - | $0.00 |
| Total Monthly Payment | $1,419.28 |

## AMOUNT DUE

| | |
|---|---|
| Payment Due Date | 08/01/08 |
| Payment Amount Due | $1,419.28 |
| Past Due Amounts | $1,419.28 |
| Unpaid Late Charges | $70.96 |
| Unpaid Return Check Fees | $0.00 |
| Cumulative Other Fees | $0.00 |
| Cumulative Advances | $0.00 |
| **TOTAL AMOUNT DUE** | **$2,909.52** |
| If Paid After 09/16/08 | |
| Late Charge Amount | $70.96 |
| Total Amount Due | $2,980.48 |

## TRANSACTION ACTIVITY SINCE LAST STATEMENT

| Transaction Description | Date Due | Transaction Date | Total Received | Principal | Interest | Escrow | Optional Products | Suspense / Advances / Fees |
|---|---|---|---|---|---|---|---|---|
| Payment | 07/01/08 | 07/24/08 | 1,490.24 | | 1,419.28 | | | 70.96 |
| Late Charge | | 08/18/08 | | | | | | 70.96- |

## IMPORTANT MESSAGES

If you are in bankruptcy or received a bankruptcy discharge of this debt, please refer to the disclosure on the reverse side "Important Information regarding the Fair Debt Collection Practices Act and Bankruptcy Law."

We may report information about your account to the credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

You can view, print, and save your monthly e-Statements online anytime, 24/7. Sign up for electronic statements only and free yourself from unnecessary paper. Log onto myAuroraLoan.com, then select the "Electronic Only" option on your "Manage Loans" - "Contact Info" tab. Reduce your risk of mail fraud and identity theft and help save the environment with a few mouse clicks today!

Make a payment online. It's fast and easy at www.myAuroraLoan.com. You can also view your Billing and Yearend Statements online.

**Case Number:06:10-bk-23788-MJ**
**DEBTOR: BARRIENTOS, Felipe/Maria**

MOTION TO AVOID
SECOND TRUST DEED
HOLDER

# EXHIBIT 5

B6D (Official Form 6D) (12/07)

IN RE Barrientos, Felipe & Barrientos, Maria   Case No. 6:10-bk-23788-MJ
_____
Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6371<br><br>Aurora Loan Services<br>10350 Park Meadows Dr St<br>Littleton, CO 80124 | | C | Mortgage account opened 2005-05-20<br><br><br>VALUE $ 213,000.00 | | | | 283,855.86 | 83,855.86 |
| ACCOUNT NO.<br><br>CTX Corporation<br>2828 North Harwood Drive<br>Dallas, TX 75201-1516 | | | 5/20/2005<br><br><br>VALUE $ 200,000.00 | | | | 72,600.00 | 72,600.00 |
| ACCOUNT NO.<br><br>GMAC Mortgage Llc<br>3451 Hammond Ave<br>Waterloo, IA 50702 | | | Assignee or other notification for:<br>CTX Corporation<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. 1220<br><br>GMAC Mortgage LLC<br>3451 Hammond Ave<br>Waterloo, IA 50702 | | C | Mortgage account opened 2005-05-20<br><br><br>VALUE $ | | | | | |

_____0_____ continuation sheets attached

| | Subtotal<br>(Total of this page) | $ 356,455.86 | $ 156,455.86 |
|---|---|---|---|
| | Total<br>(Use only on last page) | $ 356,455.86 | $ 156,455.86 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**Case Number:06:10-bk-23788-MJ**
**DEBTOR: BARRIENTOS, Felipe/Maria**

MOTION TO AVOID
SECOND TRUST DEED
HOLDER

# EXHIBIT 6

**GMAC** Mortgage

### CUSTOMER INFORMATION

| | |
|---|---|
| Name: | Felipe Barrientos |
| | Maria G Barrientos |
| Account Number: | 7303631220 |
| Home Phone #: | (909)357-0660 |

### PROPERTY ADDRESS

17023 MARIANA STREET
FONTANA        CA 92336

Visit us at www.gmacmortgage.com for
account information or to apply on-line.

1102569.11.013  0566483 29892216 JBI47103-GMREG  2 OZ DOM JBI471000X7 146316  GM

#BWNHJPY
#KW74260C55412#

|||||||||||||||||||||||||||||||||||||||||||||||||||
FELIPE BARRIENTOS
MARIA G BARRIENTOS
17023 MARIANA STREET
FONTANA CA  92336-1525



For information about your existing account,
please call: 1-800-766-4622.

For information about refinancing or obtaining
a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 7303631220 |
| Current Statement Date | February 15, 2010 |
| Maturity Date | June 01, 2035 |
| Interest Rate | 9.00000 |
| Current Principal Balance* | $68,989.90 |
| Current Escrow Balance | $0.00 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |

**For Customer Care inquiries call:** 1-800-766-4622
**For Insurance inquiries call:** 1-800-256-9962
**For Payment Arrangements call:** 1-800-850-4622

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $571.29 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $7,426.77 |
| Outstanding Late Charges | $65.00 |
| Other | $0.00 |
| Total Amount Due | $8,063.06 |
| Account Due Date | February 01, 2009 |

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week). See back for automatic payment sign-up information and other payment options.

## Important News

If you are considering a new home purchase or refinancing your existing mortgage, we are here to help.  Simply call the number above or visit our website for fast, convenient service.

Introducing Ally Interest Checking:  free checks, no monthly fees, and no ATM fees nationwide. Call 877-247-ALLY (2559) anytime or visit us at www.ally.com to learn more.

### See Reverse Side For Important Information

### Mail This Portion With Your Payment

Case Number:06:10-bk-23788-MJ
DEBTOR: BARRIENTOS, Felipe/Maria

MOTION TO AVOID
SECOND TRUST DEED
HOLDER

# EXHIBIT 7

RECORDING REQUESTED BY:
LAWYERS TITLE

Recording Requested By:

DANITA FORD
Return To:

CTX MORTGAGE COMPANY, LLC
P.O. Box 199113, FINAL DOCS
Dallas, TX 75219

Prepared By:
DANITA FORD

217360007



Recorded in Official Records, County of San Bernardino

**LARRY WALKER**
Auditor/Controller – Recorder

605 Lawyers Title Company

5/31/2005
8:00 AM
VT

Doc#: **2005 – 0382856**

| Titles: 1 | Pages: 9 |
|---|---|
| Fees | 32.00 |
| Taxes | 0.00 |
| Other | 0.00 |
| PAID | $32.00 |

52035 06-28-3

---

# DEED OF TRUST ~~AND REQUEST FOR NOTICE OF DEFAULT~~

MIN   100015902173600071

THIS DEED OF TRUST is made this        20th        day of   MAY 2005                       , among the Trustor,
FELIPE BARRIENTOS AND
MARIA G. BARRIENTOS HUSBAND AND WIFE
AS JOINT TENANTS

whose address is            5068 ARGUS DRIVE APT 4
                           LOS ANGELES, CALIFORNIA 90041                    (herein "Borrower"),

CTX MORTGAGE COMPANY, LLC                                      (herein "Trustee"), and the Beneficiary,
Mortgage Electronic Registration Systems, Inc. ("MERS"), (solely as nominee for Lender, as hereinafter defined, and Lender's
successors and assigns). MERS is organized and existing under the laws of Delaware, and has an address and telephone number
of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

CTX MORTGAGE COMPANY, LLC                                        ("Lender") is organized and
existing under the laws of   THE STATE OF DELAWARE                          , and has an address of
     2828 NORTH HARWOOD, DALLAS, TX 75201-1516
    BORROWER, in consideration of the indebtedness herein recited and the trust herein created, irrevocably grants and
conveys to Trustee, in trust, with power of sale, the following described property located in the County of
     SAN BERNARDINO        , State of California:
Lot 3 of Tract No. 12361, in the City of Fontana, County of San Bernardino,
State of California, as per map recorded in Book 170 of Maps, page(s) 82
and 83 in the Office of the County Recorder of said County and amended by
Certificate of Correction recorded May 4, 1984, as Instrument No.
84-105469, of Official Records.

---

**CALIFORNIA-** SECOND MORTGAGE - 1/80 - FNMA/FHLMC UNIFORM INSTRUMENT WITH MERS

CTX076N(CA)  (0406)              Form 3805
Page 1 of 7                      Amended 9/99

VMP Mortgage Solutions, Inc. (800)521-7291

P + 2 1 7 3 6 0 0 0 7 + C F 0 0 1 + 0 1 + 0 7 + 0 5 2 0 0 5 1 8 5 8

This deed of trust is second and subordinate to a deed of trust recording concurrently herwith.

Parcel ID Number:        0240-273-03-0-000                                    which has the address of
                    17023 MARIANA STREET                                                    [Street]
    FONTANA                              [City], California   92336    [ZIP Code] (herein "Property Address");

TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances and rents (subject however to the rights and authorities given herein to Lender to collect and apply such rents), all of which shall be deemed to be and remain a part of the property covered by this Deed of Trust; and all of the foregoing, together with said property (or the leasehold estate if this Deed of Trust is on a leasehold) are hereinafter referred to as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Deed of Trust; but, if necessary to comply with law or custom, MERS, (as nominee for Lender and Lender's successors and assigns), has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing or canceling this Deed of Trust.

TO SECURE to Lender the repayment of the indebtedness evidenced by Borrower's note dated
        5/20/2005           and extensions and renewals thereof (herein "Note"), in the principal sum of U.S. $        71,000.00 , with interest thereon, providing for monthly installments of principal and interest, with the balance of the indebtedness, if not sooner paid, due and payable on              6/01/2020    ; the payment of all other sums, with interest thereon, advanced in accordance herewith to protect the security of this Deed of Trust; and the performance of the covenants and agreements of Borrower herein contained.

Borrower covenants that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property, and that the Property is unencumbered except for encumbrances of record. Borrower covenants that Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to encumbrances of record.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

**1. Payment of Principal and Interest.** Borrower shall promptly pay when due the principal and interest indebtedness evidenced by the Note and late charges as provided in the Note.

**2. Funds for Taxes and Insurance.** Subject to applicable law or a written waiver by Lender, Borrower shall pay to Lender on the day monthly payments of principal and interest are payable under the Note, until the Note is paid in full, a sum (herein "Funds") equal to one-twelfth of the yearly taxes and assessments (including condominium and planned unit development assessments, if any) which may attain priority over this Deed of Trust, and ground rents on the Property, if any, plus one-twelfth of yearly premium installments for hazard insurance, plus one-twelfth of yearly premium installments for mortgage insurance, if any, all as reasonably estimated initially and from time to time by Lender on the basis of assessments and bills and reasonable estimates thereof. Borrower shall not be obligated to make such payments of Funds to Lender to the extent that Borrower makes such payments to the holder of a prior mortgage or deed of trust if such holder is an institutional lender.

If Borrower pays Funds to Lender, the Funds shall be held in an institution the deposits or accounts of which are insured or guaranteed by a federal or state agency (including Lender if Lender is such an institution). Lender shall apply the Funds to pay said taxes, assessments, insurance premiums and ground rents. Lender may not charge for so holding and applying the Funds, analyzing said account or verifying and compiling said assessments and bills, unless Lender pays Borrower interest on the Funds and applicable law permits Lender to make such a charge. Borrower and Lender may agree in writing at the time of execution of this Deed of Trust that interest on the Funds shall be paid to Borrower, and unless such agreement is made or applicable law requires such interest to be paid, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds showing credits and debits to the Funds and the purpose for which each debit to the Funds was made. The Funds are pledged as additional security for the sums secured by this Deed of Trust.

P + 2 1 7 3 6 0 0 7 + C F 0 0 1 + 0 2 + 0 7 + 0 5 2 0 0 5 1 8 5 8

217360007

If the amount of the Funds held by Lender, together with the future monthly installments of Funds payable prior to the due dates of taxes, assessments, insurance premiums and ground rents, shall exceed the amount required to pay said taxes, assessments, insurance premiums and ground rents as they fall due, such excess shall be, at Borrower's option, either promptly repaid to Borrower or credited to Borrower on monthly installments of Funds. If the amount of the Funds held by Lender shall not be sufficient to pay taxes, assessments, insurance premiums and ground rents as they fall due, Borrower shall pay to Lender any amount necessary to make up the deficiency in one or more payments as Lender may require.

Upon payment in full of all sums secured by this Deed of Trust, Lender shall promptly refund to Borrower any Funds held by Lender. If under paragraph 17 hereof the Property is sold or the Property is otherwise acquired by Lender, Lender shall apply, no later than immediately prior to the sale of the Property or its acquisition by Lender, any Funds held by Lender at the time of application as a credit against the sums secured by this Deed of Trust.

**3. Application of Payments.** Unless applicable law provides otherwise, all payments received by Lender under the Note and paragraphs 1 and 2 hereof shall be applied by Lender first in payment of amounts payable to Lender by Borrower under paragraph 2 hereof, then to interest payable on the Note, and then to the principal of the Note.

**4. Prior Mortgages and Deeds of Trust; Charges; Liens.** Borrower shall perform all of Borrower's obligations under any mortgage, deed of trust or other security agreement with a lien which has priority over this Deed of Trust, including Borrower's covenants to make payments when due. Borrower shall pay or cause to be paid all taxes, assessments and other charges, fines and impositions attributable to the Property which may attain a priority over this Deed of Trust, and leasehold payments or ground rents, if any.

**5. Hazard Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and such other hazards as Lender may require and in such amounts and for such periods as Lender may require.

The insurance carrier providing the insurance shall be chosen by Borrower subject to approval by Lender; provided, that such approval shall not be unreasonably withheld. All insurance policies and renewals thereof shall be in a form acceptable to Lender and shall include a standard mortgage clause in favor of and in a form acceptable to Lender. Lender shall have the right to hold the policies and renewals thereof, subject to the terms of any mortgage, deed of trust or other security agreement with a lien which has priority over this Deed of Trust.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower.

If the Property is abandoned by Borrower, or if Borrower fails to respond to Lender within 30 days from the date notice is mailed by Lender to Borrower that the insurance carrier offers to settle a claim for insurance benefits, Lender is authorized to collect and apply the insurance proceeds at Lender's option either to restoration or repair of the Property or to the sums secured by this Deed of Trust.

**6. Preservation and Maintenance of Property; Leaseholds; Condominiums; Planned Unit Developments.** Borrower shall keep the Property in good repair and shall not commit waste or permit impairment or deterioration of the Property and shall comply with the provisions of any lease if this Deed of Trust is on a leasehold. If this Deed of Trust is on a unit in a condominium or a planned unit development, Borrower shall perform all of Borrower's obligations under the declaration or covenants creating or governing the condominium or planned unit development, the by-laws and regulations of the condominium or planned unit development, and constituent documents.

**7. Protection of Lender's Security.** If Borrower fails to perform the covenants and agreements contained in this Deed of Trust, or if any action or proceeding is commenced which materially affects Lender's interest in the Property, then Lender, at Lender's option, upon notice to Borrower, may make such appearances, disburse such sums, including reasonable attorneys' fees, and take such action as is necessary to protect Lender's interest. If Lender required mortgage insurance as a condition of making the loan secured by this Deed of Trust, Borrower shall pay the premiums required to maintain such insurance in effect until such time as the requirement for such insurance terminates in accordance with Borrower's and Lender's written agreement or applicable law.

Any amounts disbursed by Lender pursuant to this paragraph 7, with interest thereon, at the Note rate, shall become additional indebtedness of Borrower secured by this Deed of Trust. Unless Borrower and Lender agree to other terms of payment, such amounts shall be payable upon notice from Lender to Borrower requesting payment thereof. Nothing contained in this paragraph 7 shall require Lender to incur any expense or take any action hereunder.

**8. Inspection.** Lender may make or cause to be made reasonable entries upon and inspections of the Property, provided that Lender shall give Borrower notice prior to any such inspection specifying reasonable cause therefor related to Lender's interest in the Property.

**9. Condemnation.** The proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation or other taking of the Property, or part thereof, or for conveyance in lieu of condemnation, are hereby assigned and shall be paid to Lender, subject to the terms of any mortgage, deed of trust or other security agreement with a lien which has a priority over this Deed of Trust.

CTX076N(CA)  (0406)                              Page 3 of 7                                    Form 3805



P + 2 1 7 3 6 0 0 7 + C F 0 0 1 + 0 3 + 0 7 + 0 5 2 0 0 5 1 8 5 8

1    Kelly F. Ryan (SBN 195921)
THE RYAN LAW FIRM
2    A Professional Law Corporation
80 S. Lake Avenue, Suite 500
3    Pasadena, California 91101
Telephone:    (626) 568-8808
4    Facsimile:     (626) 568-8809
kryan@ryanattorneys.com
5

Attorney for Debtors: BARRIENTOS, Felipe/Maria
6

7

8              **UNITED STATES BANKRUPTCY COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| BARRIENTOS, Felipe and Maria; | CASE NO. 06:10-bk-23778-MJ |
| Debtors, | Chapter 13 |
| | [PROPOSED] |
| BARRIENTOS, Felipe and Maria; | **ORDER TO AVOID LIEN ON SECOND TRUST DEED HOLDER CTX MORTGAGE COMPANY, LLC** |
| Movant, | |
| vs. | |
| CTX MORTGAGE COMPANY, LLC | |
| Respondent. | |

18

19       The motion of Debtors BARRIENTOS to avoid lien on second trust deed holder, CTX

20   MORTGAGE COMPANY, LLC, came on for hearing in Courtroom 301 of this court on July

21   12, 2010 at 1:30p.m. or as soon thereafter as the motion may have been heard.

22       Having read the motion, it's supporting documentation and hearing argument of counsel,

23   and good cause appearing,

24       IT IS ORDERED that the lien of Respondent CTX MORTGAGE COMPANY, LLC

25   secured by Debtors' real property located at 17023 Mariana Street, Fontana, CA 92336-1525 is

26   determined to be completely unsecured. Any future corresponding proof of claim filed by CTX

27   MORTGAGE COMPANY, LLC will be deemed an unsecured claim within debtors' chapter 13

28   plan.

1

1

2

_____    _____

DATED                                    United States Bankruptcy Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO AVOID LIEN OF SECOND TRUST DEED HOLDER

**PROOF OF SERVICE (STATE & FEDERAL)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

**<u>CASE NAME: Re; BARRIENTOS, Felipe/Maria</u>**

**<u>CASE NUMBER: 6:10-bk-23778-MJ</u>**

I am over the age of 18 and not a party to the within action, my business address is 80 South Lake Avenue, Suite 500, Pasadena, California 91101.  On June 15, 2010, I served the foregoing document (s) described as:

**NOTICE OF HEARING, ORDER AND MOTION FOR ORDER TO AVOID LIEN ON SECOND TRUST DEED HOLDER CTX MORTGAGE COMPANY, LLC**

On the interested parties in this action by placing a true copy thereof [*unless original indicated below*] enclosed in a sealed envelope addressed as follows:

**<u>SEE SERVICE LIST</u>**

☒      (BY MAIL): I am readily familiar with the business practice at my place of business for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, correspondence so collected and processed would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date, the above referenced correspondence, with postage thereon fully prepaid, was placed for deposit at Pasadena, CA and placed for collection and mailing following ordinary business practices.

☒      (BY EMAIL OR ELECTRONIC TRANSMISSION): Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

notice-efile@rodan13.com
ustpregion16.rs.ecf@usdoj.gov

☐      (BY FACSIMILE): I caused the above-mentioned document(s) to be delivered by facsimile transmission from (626) 568-8809 to the person(s) at the above listed fax number.  A copy of the transmission report is attached hereto.

☐      (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒      (Federal) I declare that I am employed in the office of a member of the bar of this Court

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2010, at Pasadena, California.

_____
**Seth Blum**

1

2                                    <u>**SERVICE LIST**</u>

3                              **Re; BARRIENTOS, Felipe/Maria**
                              **Case No.: 06:10-bk-23778-MJ**
4

5        CTX Corporation
         Attn. Certified President-Managing Member
6        2828 North Harwood Drive
         Dallas, TX 75201-1516
7

8        GMAC Mortgage LLC
         3451 Hammond Ave
9        Waterloo, IA 50702

10

11

**THE RYAN LAW FIRM**
80 South Lake Avenue, Suite 500
Pasadena, California 91101
(626) 568-8808

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE