UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

**BANKRUPTCY MINUTES - GENERAL**



FILED

JULY 12, 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY           Deputy Clerk

ADV. NO.  RS
CASE NO.  RS10-23388 MJ                    DATE JULY 12, 2010                    **27**

TITLE: FELIPE & MARIA BARREINTOS

---

DOCKET ENTRY:      MOTION FOR ORDER TO AVOID LIEN ON SECOND TRUST DEED HOLDER CTX MORTGAGE COMPANY LLC

MTN FLD. 6-15-10

---

PRESENT:
         HON. MEREDITH A. JURY, JUDGE


PRESENT FOR PLAINTIFFS/MOVANTS:       ATTORNEYS FOR DEFENDANTS/RESPONDENTS:




PROCEEDINGS:       **OFF CALENDAR  - GRANTED ON THE TENTATIVE**




( ) **ORDER TO FOLLOW**     ( ) **TO BE LODGED**     ( ) **NO LODGEMENT NECESSARY**

( ) **WALK THROUGH**     ( ) **CLERK'S ORDER VAN 153**     ( ) **CHAMBER'S ORDER**
                         [**CHAPTER 13'S** ONLY]