FILED & ENTERED

JUL 20 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY smith    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

Re: BARRIENTOS, Felipe and Maria;

Debtors,

CASE NO.  06:10-bk-~~23778~~-MJ 23788 MJ
Chapter 13

**ORDER TO STRIP JUNIOR LIEN**

## ORDER

This matter having come before the Court on July 12, 2010 at 1:30 PM on the Motion by debtor(s) to Strip Off a Junior Lien and the Court being sufficiently advised pursuant to Section 506(a) of the US Bankruptcy Code providing that a secured claim is secured only to the extent of the value of the collateral,

IT IS SO ORDERED that the Junior Creditor(s), CTX MORTGAGE COMPANY, LLC and GMAC MORTGAGE EQUITY LINE, in the property described as 17023 Mariana Street, Fontana, CA 92336, and further described as Lot 3 of Tract No. 12361, in the City of Fontana, County of San Bernardino,  State of California, as per map recorded in Book 170 of Maps, page(s) 82 and 83 in the Office of the County Recorder of the County of San Bernardino, shall be STRIPPED OFF, and shall be treated as an UNSECURED claim under the Chapter 13 case. Any proof of claim filed by CTX MORTGAGE COMPANY, LLC or GMAC MORTGAGE EQUITY LINE shall be deemed a general unsecured claim within debtors' chapter 13 plan.

Should the debtor(s) complete their Chapter 13 plan and receive discharge, the property will vest in the debtor(s) free and clear of this lien. Should the debtor(s) fail to complete the plan and receive a discharge, upon dismissal of the bankruptcy case any lien stripped off and voided will be reinstated pursuant to § 349(b)(1)(C) of the Bankruptcy Code. Likewise, should the case be converted to Chapter 7, any lien stripped off will also be reinstated.

###

DATED: July 20, 2010

_____
United States Bankruptcy Judge

| In re: BARRIENTOS, Felipe/Maria | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 06:10-bk-23788-MJ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

The foregoing document described    **ORDER ON MOTION TO STRIP LIEN**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On    7/16/2010    I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| U.S. Trustee | The Ryan Law Firm | United States Trustee (RS) | Ramesh Singh |
|---|---|---|---|
| Rod (MJ) Danielson | 80 South Lake Ave, Suite 500 | 3685 Main Street, Suite 300 | Recovery Management Systems Corp |
| 4361 Latham Street, Suite 300 | Pasadena, CA 91101 | Riverside. CA 92501 | 25 S 10 2nd Ave., Suite 1120 |
| Riverside, CA 92501 | | ustpregion | Miami, FL 33131 |
| notice-efile@rodanI3.com | | 16.rs.eci@usdoj.gov | claims@recoverycorp.com |

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On    7/16/2010    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

CTX CORPORATION  
Attn. Certified President-Managing Member  
2828 North Harwood Drive  
Dallas, TX 75201-1516

GMAC Mortgage LLC  
3451 Hammond Ave  
Waterloo, IA 50702

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/16/2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Judge Meredith Jury, 3420 12th Street, Riverside, CA 92301 To be placed in bin outside of courtroom 301

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

7/16/10          Seth Blum

*Date*          *Type Name*          *Signature*

1
2 **ADDITIONAL SERVICE INFORMATION** (if needed):
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)
  **ORDER ON MOTION TO STRIP LIEN**     was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    7/16/2010
, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| U.S. Trustee | The Ryan Law Firm | United States Trustee (RS) | Ramesh Singh |
|---|---|---|---|
| Rod (MJ) Danielson | 80 South Lake Ave, | 3685 Main Street, Suite | Recovery Management Systems |
| 4361 Latham Street, | Suite 500 | 300 | Corp |
| Suite 300 | Pasadena, CA 91101 | Riverside. CA 92501 | 25 S 10 2nd Ave., Suite 1120 |
| Riverside, CA 92501 | | ustpregion | Miami, FL 33131 |
| notice-efile@rodanI3.com | | 16.rs.eci@usdoj.gov | claims@recoverycorp.com |

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

CTX CORPORATION                              GMAC Mortgage LLC
Attn. Certified President-Managing Member     3451 Hammond Ave
2828 North Harwood Drive                      Waterloo, IA 50702
Dallas, TX 75201-1516

☐ Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):