**FILED & ENTERED**

**JUL 20 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY smith       DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

Re: BARRIENTOS, Felipe and Maria;

   Debtors,

23788 MJ
CASE NO.  06:10-bk-~~23778~~-MJ
Chapter 13

**ORDER TO STRIP JUNIOR LIEN**

### ORDER

This matter having come before the Court on July 12, 2010 at 1:30 PM on the Motion by debtor(s) to Strip Off a Junior Lien and the Court being sufficiently advised pursuant to Section 506(a) of the US Bankruptcy Code providing that a secured claim is secured only to the extent of the value of the collateral,

IT IS SO ORDERED that the Junior Creditor(s), CTX MORTGAGE COMPANY, LLC and GMAC MORTGAGE EQUITY LINE, in the property described as 17023 Mariana Street, Fontana, CA 92336, and further described as Lot 3 of Tract No. 12361, in the City of Fontana, County of San Bernardino,  State of California, as per map recorded in Book 170 of Maps, page(s) 82 and 83 in the Office of the County Recorder of the County of San Bernardino, shall be STRIPPED OFF, and shall be treated as an UNSECURED claim under the Chapter 13 case. Any proof of claim filed by CTX MORTGAGE COMPANY, LLC or GMAC MORTGAGE EQUITY LINE shall be deemed a general unsecured claim within debtors' chapter 13 plan.

1

2  Should the debtor(s) complete their Chapter 13 plan and receive discharge, the property

3  will vest in the debtor(s) free and clear of this lien. Should the debtor(s) fail to complete the plan

4  and receive a discharge, upon dismissal of the bankruptcy case any lien stripped off and voided

5  will be reinstated pursuant to § 349(b)(1)(C) of the Bankruptcy Code. Likewise, should the case be

6  converted to Chapter 7, any lien stripped off will also be reinstated.

7  ###

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24                                                                _____

25

26  DATED: July 20, 2010                                    United States Bankruptcy Judge

27

28

| In re: BARRIENTOS, Felipe/Maria | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 06:10-bk-23788-MJ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

The foregoing document described  **ORDER ON MOTION TO STRIP LIEN**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  7/16/2010  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| U.S. Trustee | The Ryan Law Firm | United States Trustee (RS) | Ramesh Singh |
|---|---|---|---|
| Rod (MJ) Danielson | 80 South Lake Ave, Suite 500 | 3685 Main Street, Suite 300 | Recovery Management Systems Corp |
| 4361 Latham Street, Suite 300 | Pasadena, CA 91101 | Riverside. CA 92501 | 25 S 10 2nd Ave., Suite 1120 |
| Riverside, CA 92501 | | ustpregion | Miami, FL 33131 |
| notice-efile@rodanI3.com | | 16.rs.eci@usdoj.gov | claims@recoverycorp.com |

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  7/16/2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

CTX CORPORATION                             GMAC Mortgage LLC
Attn. Certified President-Managing Member   3451 Hammond Ave
2828 North Harwood Drive                    Waterloo, IA 50702
Dallas, TX 75201-1516

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/16/2010  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Judge Meredith Jury, 3420 12th Street, Riverside, CA 92301 To be placed in bin outside of courtroom 301

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

7/16/10              Seth Blum

_Date_                _Type Name_                        _Signature_

1
2 **ADDITIONAL SERVICE INFORMATION** (if needed):
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)
  **ORDER ON MOTION TO STRIP LIEN**     was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of   7/16/2010
, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| | | | |
|---|---|---|---|
| U.S. Trustee<br>Rod (MJ) Danielson<br>4361 Latham Street,<br>Suite 300<br>Riverside, CA 92501<br>notice-efile@rodanI3.com | The Ryan Law Firm<br>80 South Lake Ave,<br>Suite 500<br>Pasadena, CA 91101 | United States Trustee (RS)<br>3685 Main Street, Suite 300<br>Riverside. CA 92501<br>ustpregion 16.rs.eci@usdoj.gov | Ramesh Singh<br>Recovery Management Systems Corp<br>25 S 10 2nd Ave., Suite 1120<br>Miami, FL 33131<br>claims@recoverycorp.com |

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

CTX CORPORATION
Attn. Certified President-Managing Member
2828 North Harwood Drive
Dallas, TX 75201-1516

GMAC Mortgage LLC
3451 Hammond Ave
Waterloo, IA 50702

☐ Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

# CERTIFICATE OF NOTICE

```
District/off: 0973-6           User: admin                Page 1 of 1                  Date Rcvd: Jul 20, 2010
Case: 10-23788                 Form ID: pdf031            Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 22, 2010.
db/jdb        +Felipe Barrientos,   Maria G Barrientos,   17023 Mariana St,   Fontana, CA 92336-1525

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
                                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 22, 2010**                    **Signature:** _Joseph Speetjens_